**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000748**
**17-AUG-2022**
**08:47 AM**
**Dkt. 48 OAWST**

NO. CAAP-18-0000748

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS
OF DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, MORTGAGE
PASS-THROUGH CERTIFICATES SERIES 2007-OA4, Plaintiff-Appellee, v.
RICHARD J. WHELAN; REGINA WHELAN, Defendants-Appellants, and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 16-1-0010)

ORDER APPROVING STIPULATION TO DISMISS
(By: Hiraoka, Presiding Judge, McCullen and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal
With Prejudice of Notice of Appeal Filed October 1, 2018, filed
July 12, 2022, by Plaintiff-Appellee HSBC Bank USA, the papers in
support, and the record, it appears that (1) the appeal has been
docketed and the filing fees have been paid; (2) the parties
stipulate to dismiss the appeal with prejudice and bear their own
attorneys' fees and costs, under Hawai'i Rules of Appellate

Procedure Rule 42(b); and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, August 17, 2022.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge